# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Quadria Williams
                                Plaintiff,

v.                                           Case No.: 1:15−cv−06325
                                                               Honorable Milton I. Shadur

Enova International, Inc.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 15, 2015:

      MINUTE entry before the Honorable Milton I. Shadur:Status hearing set for 10/20/2015 is stricken. Pursuant to joint stipulation, this case is dismissed with prejudice with the parties to bear their respective costs and attorneys fees, except as provided by separate agreement.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.